No. 1184. NATIONAL LABOR RELATIONS BOARD *v.* PLASTERERS' LOCAL UNION No. 79, OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSN., AFL-CIO, ET AL.; and

No. 1231. TEXAS STATE TILE & TERRAZZO Co., INC., ET AL. *v.* PLASTERERS' LOCAL UNION No. 79, OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSN., AFL-CIO, ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 973.] Motion of Laborers' International Union of North America, AFL-CIO, for leave to file a brief as *amicus curiae* in No. 1184 granted. Motion of Associated General Contractors of America et al. for leave to file a brief as *amici curiae* granted.

No. 6553. JEFFERSON ET AL. *v.* HACKNEY, COMMISSIONER OF PUBLIC WELFARE, ET AL. Appeal from D. C. N. D. Tex. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 5275. AUSTIN *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 538. SWARB ET AL. *v.* LENNOX ET AL. Appeal from D. C. E. D. Pa. Motion to dispense with printing jurisdictional statement granted. Probable jurisdiction noted.

No. 814. SOCIALIST LABOR PARTY ET AL. *v.* GILLIGAN, GOVERNOR OF OHIO, ET AL.; and

No. 1104. GILLIGAN, GOVERNOR OF OHIO, ET AL. *v.* SWEETENHAM ET AL. Appeals from D. C. S. D. Ohio. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 318 F. Supp. 1262.